State v. Butler

confined therein and serving a sentence for armed robbery and a sentence for escape. At trial defendant, orally and in writing, tendered a plea of guilty as charged. After due inquiry and adjudging that the plea was freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency, the court accepted the plea. From judgment imposing prison sentence, defendant appealed.

*Attorney General Robert Morgan by Charles A. Lloyd, Assistant Attorney General, for the State.*

*Brown, Brown & Brown by Fred Stokes for defendant appellant.*

─────────────

STATE OF NORTH CAROLINA v. JAY WISE BUTLER

No. 724SC610

(Filed 20 December 1972)

APPEAL by defendant from *Rouse, Judge,* 17 April 1972 Session, ONSLOW Superior Court.

By warrant proper in form defendant was charged with maintaining and operating "a structure (home)" for the purpose of prostitution and assignation, a violation of G.S. 14-204. From judgment imposed on a verdict of guilty in district court, defendant appealed to superior court where he was found guilty by a jury. From judgment in superior court imposing prison sentence of 18 to 24 months, defendant appealed.

---

State v. Faison

---

*Attorney General Robert Morgan by Charles M. Hensey, Assistant Attorney General, for the State.*

*Bailey & Robinson by Edward G. Bailey for defendant appellant.*

BRITT, Judge.

Stating that he has carefully reviewed the record in this case but is unable to assign any error, defendant's court appointed counsel asks us to make a careful review and determine if there is error. Following a careful review of the entire record on appeal, we conclude that defendant received a fair trial, free from prejudicial error, and the sentence imposed is within the limits allowed by statute.

No error.

Chief Judge MALLARD and Judge BROCK concur.